## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| JIM LEE, III, | ) |
|       PLAINTIFF | ) |
| v. | )   CIVIL NO. 1:13-CV-400 |
| GLENN C. ROSS, ET AL., | ) |
|       DEFENDANTS | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 12TH DAY OF NOVEMBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**