UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JIM LEE, III | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13-cv-00400-JAW |
| | ) | |
| GLENN ROSS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed March 6, 2014, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that pursuant to Fed. R. Civ. P. 21, the Court drops Courtney Evans as a party to this action.

It is further ORDERED that Defendant Courtney Evans' Motion to Dismiss (ECF No. 19) be and hereby is DISMISSED as moot.

    /s/ John A. Woodcock, Jr.
    JOHN A. WOODCOCK, JR.
    CHIEF UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2014